1  Peter Kristofer Strojnik, SBN 242728
2  pstrojnik@strojniklaw.com
   Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone:  (415) 450-0100

5
   Attorneys for Plaintiff
6  THERESA BROOKE

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 8:24-cv-694 |
| Plaintiff, | **NOTICE OF SETTLEMENT AND OF WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| DIP LAXMI LLC, | |
| Defendants. | |

17       Please take notice that the case has settled. Accordingly, Plaintiff hereby
18  withdraws her Motion for Default Judgment.

19

20       DATED this 23d day of June, 2024.

21
                                   /s/ Peter Kristofer Strojnik
22                                 Peter Kristofer Strojnik (242728)
                                   Attorneys for Plaintiff
23

24

25

26

27

28